FILED 23 NOV '21 10:19 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

<u>    Portland    </u> DIVISION

SAVINO DESANTIAGO
*(Enter full name of plaintiff)*

Plaintiff,

v.

JORDAN GUTHRIE, BRIAN MELVIN
BRANDON SARTI, MIKE MILLER

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 6:21-cv-01696-MK
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes      ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**   Name: SAVINO DESANTIAGO
Street Address: 1026 SE Douglas
City, State & Zip Code: Roseburg, OR, 97470
Telephone No.: 541-817-7735

Complaint for Violation of Civil Rights (Prisoner Complaint)            1
[Rev. 01/2018]

**Defendant No. 1**   Name: BRANDON SARTI
Street Address: 131 Rose Ave
City, State & Zip Code: Winston OR, 97496
Telephone No.: 541-679 8706

**Defendant No. 2**   Name: JORDAN GUTHRIE
Street Address: 131 Rose Ave
City, State & Zip Code: Winston OR, 97496
Telephone No.: 541 679-8706

**Defendant No. 3**   Name: BRAIN MELVIN
Street Address: 131 Rose Ave
City, State & Zip Code: Winston OR, 97496
Telephone No.: 541-679-8706

**Defendant No. 4**   Name: MIKE MILLER
Street Address: 131 Rose Ave
City, State & Zip Code: Winston OR, 97496
Telephone No.: 541-679-8706

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

First, Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments. 18 U.S.C. 242, statute- 42 U.S.C. sec. 1983 also S 42 U.S.C. 1981 and 1982: Racial Descrimination Claim also 42 U.S.C. 1985, 1986: Civil Rights Conspiracy claims.

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

September 14, 2019 plaintiff was assulted by two neighbors. Plaintiff sustained a major par 4 break. Defendant Jordan Guthrie had quickly dismissed the assult and closed the case that day. Defendant has expressed in the past Racial slurs and has shown his deliberate indifference. Between dates 9-14-19 to 3-15-20 Defendants Jordan Guthrie, partner Brian Melvin, had responded to plaintiff's calls of Aggravated harrassment by the assailants who are next door neighbors. Both defendants Brian Melvin and Jordan Guthrie quickly dissmissed all wrong doing by assailants.

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Defendant Brian Melvin on 2-14-20 had refused to Respond to a active shooting taking place on

Plaintiffs house, Defendant Brian Melvin had told Amber Silvaz who had called. That her that would not be responding to a active shooting at plaintiffs house. Defendant Brian Melvin had told Amber Silvaz to go outside and take pictures or recordings of the shooting and send the Evidiance of the shooting to Defendants Email. Amber Silvaz refused to put her life in danger.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Plaintiff and fiancee Amber Silvaz had reported all incidents of the police officers deliberate indiffance toward + allowing plaintiff and family from relief in pressing Criminal charges on assailants who lived Nextdoor. Brandon Satti who is a police chief of Winston police department knew of his officers conduct, Rather had supported his subordinets Conduct of deprivations of equal rights and protections. As well as Sargent Mike Miller knowing of the officers deliberate indiffrance, and did nothing as well.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes          ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

A.) Seeking Relief of compensatory damages 360,000 Jointly and Severally against Jordan Guthrie, Brian Melvin for the physical and emotional injuries sustained, was subjected to Aggravated harrassment through 9-14-19 to 3-15-20. (B) 100,000 Jointly and severally against defendants Branden Sarti and Jordan Guthrie for the deprivations of liberty and amenity, and emotional injury resulting from deprivations of substantive due process, that was the result of negligence and deliberate indifference toward Plaintiff, five children, and Amber Silva. C.)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11 day of 15th , 2021

_____
(Signature of Plaintiff)